# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS, <br> Plaintiff, <br> v. <br> CALIFORNIA HIGHWAY PATROL, et al., <br> Defendants. | Case No. 1:18-cv-00183-AWI-SKO <br><br> **ORDER TO AMEND PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE** <br><br> (Doc. 2) |

## ORDER

Plaintiff Ahkeem Deshavier Williams, proceeding pro se, filed a complaint on February 6, 2018, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) Plaintiff's application indicates that he is employed by "Foster Farms," but does not state the amount of his "take-home salary or wages and pay period." (*See* Doc. 2 at 1.) In addition, although Plaintiff indicates he receives disability payments, he has not indicated the amount he has received which he expects he will continue to receive. (*See id.*) Therefore, the Court is unable to determine at this time whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that, **within 28 days from the date of this Order**, Plaintiff shall either (1) file an amended application to proceed *in forma pauperis* that fully responds to all applicable questions, including the amount of income per pay period and the amount of disability payments he has received and he is expected to receive, or (2) pay the $400.00 filing fee for this action.

IT IS SO ORDERED.

Dated: **February 8, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE