# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS, <br> Plaintiff, <br> v. <br> CALIFORNIA HIGHWAY PATROL, et al., <br> Defendants. | Case No. 1:18-cv-00183-AWI-SKO <br><br> **ORDER GRANTING PLAINTIFF'S AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> (Doc. 6) |

**ORDER**

Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint on February 6, 2018, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) On February 8, 2018, the Court ordered Plaintiff to file an amended application to proceed *in forma pauperis* that responded all questions contained on the application form. (Doc. 4.) Plaintiff filed his amended application to proceed *in forma pauperis* on March 13, 2018. (Doc. 6.) Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915.

As to the status of his complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every pro se complaint proceeding *in forma pauperis* to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C.

§ 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiff's Complaint will be screened in due course.

If appropriate after the case has been screened, the Clerk of Court will provide Plaintiff with the requisite forms and instructions to request the assistance of the United States Marshal in serving Defendants pursuant to Federal Rule of Civil Procedure 4.

Based on the forgoing and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff's amended application to proceed *in forma pauperis* (Doc. 6.) is GRANTED.

IT IS SO ORDERED.

Dated: **March 16, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE