# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER ANDERSON,<br><br>Defendant. / | **Case No. 1:18-cv-0183-AWI-SKO**<br><br>**ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br><br>**(Docs. 12, 15)**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff, Ahkeem Deshavier Williams, is proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983 ("section 1983"). The undersigned screened Plaintiff's First Amended Complaint (Doc. 11) pursuant to 28 U.S.C. § 1915 on May 25, 2018, finding Plaintiff's claim for false arrest in violation of his Fourth Amendment rights cognizable under section 1983 and all other claims subject to dismissal. (*See* Doc. 12.) Plaintiff was granted thirty (30) days to either file an amended complaint curing the pleading deficiencies identified in the order or notify the Court in writing that he does not wish to file a second amended complaint and wishes to proceed only on the false arrest claim as identified by the Court as viable/cognizable in the order, dismissing all other claims. (*See id.*) On June 8, 2018, Plaintiff filed a notice indicating that he wishes to proceed only on his false arrest claim and voluntarily dismissing all other claims. (*See* Doc. 15.)

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate on the following defendant:

    **Officer Anderson, California Highway Patrol**

2. The Clerk of Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the First Amended Complaint, filed on April 26, 2018 (Doc. 11).

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

    a. Completed summons for the defendant listed above;

    b. One completed USM-285 form for the defendant listed above; and

    c. Two (2) copies of the endorsed First Amended Complaint, filed April 26, 2018 (Doc. 11).

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The Clerk of Court shall update the case docket to reflect that Officer Anderson, California Highway Patrol, is the sole defendant in the case.

6. **The failure to comply with this order will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

Dated: **June 12, 2018**        /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE