# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER ANDERSON,<br><br>Defendant. / | **Case No. 1:18-cv-0183-AWI-SKO**<br><br>**ORDER FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN SIXTY DAYS**<br><br>**(Docs. 20, 23)**<br><br>**SIXTY (60) DAY DEADLINE** |

Plaintiff, Ahkeem Deshavier Williams, is proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983 ("section 1983"). The Court previously found service of the First Amended Complaint on Defendant California Highway Patrol ("CHP") Officer Anderson appropriate and directed Plaintiff to complete and submit to the Court a Notice of Submission of Documents and attachments for service upon by the United States Marshals Service. (Doc. 16.) Plaintiff submitted the documents to the Court on July 9, 2018 (Doc. 19), and on July 24, 2018, the Court directed service by the Marshals Service on Defendant CHP Officer Anderson (Doc. 21).

On July, 12, 2018, Plaintiff filed a letter to the Court indicating that he contacted CHP to obtain a copy of the incident report to "make sure the defendant listed in this suit name is Anderson and to get his full name I believe it was" (the "Letter"). (Doc. 20.) Plaintiff indicated that the cost of obtaining the report is $10.50, but that his "funds [are] low." (*See id*.)

On July 26, 2018, the Marshals Service submitted a "Process Receipt and Return" form, which indicated that the CHP office was contacted and it "do[es] not have now, nor at the time of

the incident, an officer named Anderson." (Doc. 23.) The CHP did not accept service of Plaintiff's summons and First Amended Complaint. (*See id*.)

The Court construes Plaintiff's July 12, 2018 Letter as requesting additional time to determine the correct name of the named defendant and to effect service of the summons and the First Amended Complaint on that individual. The Court hereby GRANTS that request and permits Plaintiff another opportunity to re-submit the Notice of Submission of Documents and attachments so service can be re-attempted by the Marshals Service.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the First Amended Complaint, filed on April 26, 2018 (Doc. 11).

2. Within **sixty (60) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

    a. Completed summons for the defendant;

    b. One completed USM-285 form for the defendant; and

    c. Two (2) copies of the endorsed First Amended Complaint, filed April 26, 2018 (Doc. 11).

3. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

4. **The failure to comply with this order will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

Dated: **August 7, 2018**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE